IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRUCE ALLEN HASKINS,                )
                                    )
            Plaintiff,              )   Civil Action No. 14-157E
                                    )
      v.                            )   Judge Cathy Bissoon
                                    )   Magistrate Judge Susan Paradise Baxter
RASHEED HASSAN, *et al.*,           )
                                    )
            Defendants.             )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On June 1, 2015, the Magistrate Judge issued a Report (Doc. 40) recommending that Defendants' partial Motion to Dismiss (Doc. 33) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it is hereby ORDERED that Defendants' partial Motion to Dismiss (**Doc. 33**) is **DENIED,** and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 16, 2015                                       s\Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

All Counsel of Record