IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE ALLEN HASKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-157E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| RASHEED HASSAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On November 14, 2016, the Magistrate Judge issued a Report (Doc. 67) recommending that Defendants' Motion for Summary Judgment (Doc. 58) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it is hereby ORDERED that Defendants' Motion for Summary Judgment **(Doc. 58)** is **DENIED,** and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 30, 2016
s\Cathy Bissoon
Cathy Bissoon
United States District Judge


cc (via ECF email notification):

All Counsel of Record